**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-2170**

───────────

MICHAEL LAMONT MOORE,

      Plaintiff - Appellant,

    v.

MICHAEL MORGAN; ANDREW WHITLEY; MELISSA BISETTE; ROBERT EVANS; BROCK & SCOTT, PLLC; WILSON COUNTY COURTHOUSE; SHERIFF CALVIN WOODARD, Sheriff, Wilson County; DERRICK CREECH, City Councilmen; SUSAN K. FARFOUR; CARDINAL GROUP,

      Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:16-cv-00244-FL)

───────────

Submitted: March 30, 2017                  Decided: April 3, 2017

───────────

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael Lamont Moore, Appellant Pro Se. Alan Marc Presel, Jolee M. Wortham, BROCK & SCOTT, PLLC, Charlotte, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lamont Moore appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Morgan*, No. 5:16-cv-00244-FL (E.D.N.C. Sept. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*